# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER MCGUIRE, *on behalf of herself and others similarly situated*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ASCENSION HEALTH, | ) ) |
| Defendant. | ) ) |

Case No. 4:23-cv-01552-MTS

## ORDER OF DISMISSAL

In accordance with the Order Approving Collective Action Settlement entered this same date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this 14th day of October.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE